AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Alabama_____

DORETHA BRADLEY, ET AL.

V.

AMERIQUEST MORTGAGE CO., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-08-0183

TO: (Name and address of Defendant)

Ameriquest Mortgage Company
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES D. PATTERSON
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CHARLES R. DIARD, JR.**                    April 08, 2008
_____             _____
CLERK                                         DATE

*Edwina Crawford*
_____
(By) DEPUTY CLERK