**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| DORETHA BRADLEY, et al., | : | |
| Plaintiffs, | : | |
| vs. | : | CA 08-0183-MJ-C |
| AMERIQUEST MORTGAGE COMPANY, | : | |
| | : | |
| Defendant. | | |

## ORDER

The defendant's April 28, 2008 motion to stay this action (Doc. 5), which the undersigned's office confirmed was unopposed today's date, is **GRANTED**. This action is **STAYED** pending its transfer to the United States District Court for the Northern District of Illinois by the Judicial Panel on Multidistrict Litigation. (*See* Doc. 5)

**DONE** and **ORDERED** this the 7th day of May, 2008.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**