## U.S. District Court
## Southern District of Alabama (Mobile)
## CIVIL DOCKET FOR CASE #: 1:08−cv−00183−C

Bradley et al v. Ameriquest Mortgage Company, Inc.  
Assigned to: Magistrate Judge William E. Cassady  
Cause: 15:1601 Truth in Lending  

Date Filed: 04/07/2008  
Date Terminated: 06/02/2008  
Jury Demand: Plaintiff  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question  

**Plaintiff**

**Doretha Bradley**  represented by  **James Donnie Patterson**  
P.O. Box 969  
Fairhope, AL 36533  
251−990−5558  
Email: jpatterson@alalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Earl P. Underwood**  
P. O. Box 969  
Fairhope, AL 36533−0969  
251−990−5558  
Fax: 251−990−0626  
Email: epunderwood@alalaw.com  
*ATTORNEY TO BE NOTICED*  

**Kenneth J. Riemer**  
166 Government Street, Suite 100  
Mobile, AL 36602  
251−432−9212  
Fax: 251−433−7172  
Email: kjr@alaconsumerlaw.com  
*ATTORNEY TO BE NOTICED*  

**Plaintiff**

**Joseph Byrd**  represented by  **James Donnie Patterson**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Earl P. Underwood**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  

**Kenneth J. Riemer**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  

**Plaintiff**

**Josie Byrd** represented by **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Collins** represented by **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hattie Collins** represented by **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Higgins** represented by **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Higgins** represented by **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Smith** represented by **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eleanor Smith** represented by **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Robinson** represented by **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)

                                      *ATTORNEY TO BE NOTICED*

                                      **Kenneth J. Riemer**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellaween Byrd**                                   represented by  **James Donnie Patterson**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Earl P. Underwood**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

                                      **Kenneth J. Riemer**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe Riley**                                           represented by  **James Donnie Patterson**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Earl P. Underwood**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

                                      **Kenneth J. Riemer**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wallace Resmondo**                             represented by  **James Donnie Patterson**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Earl P. Underwood**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

                                      **Kenneth J. Riemer**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jimmy Murrell**                                 represented by  **James Donnie Patterson**
                                      (See above for address)
                                      *LEAD ATTORNEY*

        *ATTORNEY TO BE NOTICED*

        **Earl P. Underwood**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Kenneth J. Riemer**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Butler**     represented by     **James Donnie Patterson**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Earl P. Underwood**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Kenneth J. Riemer**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Addie Butler**     represented by     **James Donnie Patterson**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Earl P. Underwood**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Kenneth J. Riemer**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Singleton**     represented by     **James Donnie Patterson**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Earl P. Underwood**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Kenneth J. Riemer**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | | |
|---|---|---|---|
| **Veleicia Singleton** | | represented by | **James Donnie Patterson** |
| | | | (See above for address) |
| | | | *LEAD ATTORNEY* |
| | | | *ATTORNEY TO BE NOTICED* |
| | | | |
| | | | **Earl P. Underwood** |
| | | | (See above for address) |
| | | | *ATTORNEY TO BE NOTICED* |
| | | | |
| | | | **Kenneth J. Riemer** |
| | | | (See above for address) |
| | | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | | |
|---|---|---|---|
| **Christine Means** | | represented by | **James Donnie Patterson** |
| | | | (See above for address) |
| | | | *LEAD ATTORNEY* |
| | | | *ATTORNEY TO BE NOTICED* |
| | | | |
| | | | **Earl P. Underwood** |
| | | | (See above for address) |
| | | | *ATTORNEY TO BE NOTICED* |
| | | | |
| | | | **Kenneth J. Riemer** |
| | | | (See above for address) |
| | | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | | |
|---|---|---|---|
| **Ameriquest Mortgage Company, Inc.** | | represented by | **Stephen James Bumgarner** |
| | | | Burr &Forman LLP |
| | | | 3400 Wachovia Tower |
| | | | 420 North 20th Street |
| | | | Birmingham, AL 35203 |
| | | | 205–458–5355 |
| | | | Fax: 205–244–5611 |
| | | | Email: sbumgarn@burr.com |
| | | | *LEAD ATTORNEY* |
| | | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2008 | 1 | COMPLAINT against Ameriquest Mortgage Company, Inc. ( Filing fee $350 receipt number 11280000000000608823, Online Credit Card Payment), filed by Linda Robinson, Ellaween Byrd, Joe Riley, Wallace Resmondo, Jimmy Murrell, James Butler, Addie Butler, Gary Singleton, Veleicia Singleton, Christine Means, Doretha Bradley, Joseph Byrd, Josie Byrd, Henry Collins, Hattie Collins, Justin Higgins, Heather Higgins, Edward Smith, Eleanor Smith. (Attachments: # 1 Supplement Summons) (Patterson, James) (Additional attachment(s) added on 4/9/2008: # 2 Civil Cover Sheet) (eec). (Entered: 04/08/2008) |
| 04/08/2008 | 2 | |

| | | |
|---|---|---|
| | | Notice of Assignment to Magistrate Judge William E. Cassady for trial. (eec) (Entered: 04/09/2008) |
| 04/08/2008 | 3 | Summons Issued as to Ameriquest Mortgage Company, Inc. (Mailed to counsel for service.) (eec) (Entered: 04/09/2008) |
| 04/21/2008 | 4 | RETURN OF SERVICE of Summons served 04/15/08 as to Ameriquest Mortgage Company (Attachments: # 1 Exhibit certified mail return receipt) (Underwood, Earl) (Entered: 04/21/2008) |
| 04/28/2008 | 5 | MOTION to Stay by Ameriquest Mortgage Company, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Bumgarner, Stephen) (Entered: 04/28/2008) |
| 05/07/2008 | 6 | ORDER granting 5 Motion to Stay. This action is STAYED pending its transfer to the United States District Court for the Northern District of Illinois by the Judicial Panel on Multidistrict Litigation. Signed by Magistrate Judge William E. Cassady on 5/7/08. (eec) (Entered: 05/07/2008) |
| 06/02/2008 | 7 | Conditional Transfer Order (MDL) from Northern District of Illinois requesting transfer of action. Entire case file sent to requesting District electronically via ECF Transfer. (Attachments: # 1 Transmittal Letter) (tgw) (Entered: 06/05/2008) |