**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE ) | |
| COMPANY MORTGAGE LENDING ) | |
| PRACTICIES LITIGATION ) | MDL No. 1715 |
| ) | Lead case No. 05-CV-7097 |
| _____) | |
| ) | |
| THIS DOCUMENT RELATES TO ) | |
| CASE NUMBER 1:08-C-3011 ) | |
| ) | |
| DORETHA BRADLEY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Southern District of Alabama |
| ) | CASE NO: 1:08-cv-00183-C |
| AMERIQUEST MORTGAGE ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Now come the Plaintiffs, **EDWARD SMITH and ELLEANOR SMITH** and hereby dismiss the above styled action against the Defendant, AMERIQUEST MORTGAGE COMPANY, INC. without prejudice pursuant to FRCP 41(a)(1)(i). All other plaintiffs continue with their complaint against the defendant.

**DATED** this the 27th day of August, 2008.

/s/ Earl P. Underwood, Jr.
EARL P. UNDERWOOD, JR. (UNDEE6591)
Attorney for Plaintiffs
Post Office Box 969
Fairhope, Alabama 36533-0969
Telephone: 251-990-5558

CERTIFICATE OF SERVICE

I hereby certify that on August 27th 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s Earl P. Underwood, Jr.
Earl P. Underwood, Jr.