UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Doretha Bradley, et al.
                                        Plaintiff,
v.                                                      Case No.: 1:08−cv−03011
                                                        Honorable Marvin E. Aspen
Ameriquest Mortgage Company, Inc.
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 8/27/08:Plaintiffs, Edward Smith and Elleanor Smith dismiss all of their claims against the Defendant, Ameriquest Mortgage Company, Inc., without prejudice pursuant to FRCP 41(a)(1)(i). All other plaintiffs continue with their complaint against the defendant. Edward Smith and Eleanor Smith terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.