**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: Ameriquest Mortgage Co.,<br>Mortgage Lending Practices Litigation. )<br> )<br> )<br> )<br> )<br>_____ )<br> )<br>THIS DOCUMENT RELATES TO: )<br>*Doretha Bradley, et al. v. Ameriquest* )<br>*Mortgage Company, et al*; )<br>Case No. **1:08-C-3011** ) | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Centralized before the Honorable<br>Marvin E. Aspen |

NOTICE OF OPTING-OUT OF CLASS ACTIONS

The plaintiffs in the following federal action hereby state that they opt-out of

participation in any pending class action lawsuit in this multidistrict litigation that may

relate to them:

*Doretha Bradley, et al. v. Ameriquest Mortgage Company, et al*; (N.D. Ill. Case No. 08-cv-3011)

Respectfully submitted this 28th day of August 2008.

> /s/ Earl P. Underwood, Jr.
> Earl P. Underwood, Jr.
> Law Offices of Earl P. Underwood, Jr.
> 21 South Section Street
> Post Office Box 969
> Fairhope, AL 36533-0969
> (251) 990-5558 (voice)
> (251) 990-0626 (fax)
> epunderwood@alalaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 28th day of August 2008, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

I further certify that on this 28th day of August 2008, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>/s/ Earl P. Underwood, Jr.</u>
Earl P. Underwood, Jr.